IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES C SANMANN,

    Petitioner,

v.                                        CASE NO. 4:07-cv-00168-MP-WCS

STATE OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that the petition under 28 U.S.C. § 2241 be dismissed without prejudice to bringing a claim under 28 U.S.C. § 2254. The time for filing objections has passed, and none have been filed. The Court agrees that because Petitioner is now in custody pursuant to a conviction and sentence, he must file his claim under § 2254. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file. The dismissal is without prejudice to Petitioner bringing a petition under 28 U.S.C. § 2255 once he has exhausted state remedies.

    **DONE AND ORDERED** this *7th* day of March, 2008

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge